UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA RODRIGUEZ, | ) | No. 8:23-cv-00941-PVC |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING EQUAL** |
| | ) | **ACCESS TO JUSTICE ACT** |
| v. | ) | **ATTORNEY FEES AND COSTS** |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND EIGHT HUNDRED SEVENTY-TWO DOLLARS and FORTY-ONE CENTS ($2,872.41), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of the above-referenced Stipulation.

Dated: November 3, 2023   _____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE